UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00210 |
| ) | CHIEF JUDGE HAYNES |
| EDUARDO CAZARES-MARRUFO ) | |

### MOTION TO CONTINUE PLEA HEARING/PRETRIAL CONFERENCE

**NOW COMES** the defendant, Eduardo Cazares-Marrufo, through undersigned counsel, and respectfully requests that this Honorable Court enter an order continuing the plea hearing/pretrial conference which is presently scheduled for May 6, 2013. Mr. Cazares, through counsel, has been advised that the Assistant United States Attorney assigned to this case will be out of the office on May 6, 2013. The parties are requesting that this matter be re-scheduled for May 13, 2013, at 3:00 p.m. Undersigned counsel advises the Court of Mr. Cazares' intention to enter a plea of guilty at that time.

Assistant United States Attorney Hilliard H. Hester, III, has no opposition to this motion for a continuance of the plea hearing/pretrial conference.

Respectfully submitted,

s/ *Mariah A. Wooten*
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Eduardo Cazares-Marrufo

### CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2013, I electronically filed the foregoing Motion to Continue Plea Hearing/Pretrial Conference with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Hilliard H. Hester, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203. Ms. Dariel S. Blackledge-White, Pretrial Services Officer, A-725 U.S. Courthouse, Nashville, TN 37203, has been served via electronic mail.

s/ *Mariah A. Wooten*
Mariah A. Wooten

[Handwritten annotation in right margin: "ORDER / This motion is granted. The hearing is reset for May 13, 2013 at 3:00 p.m." with signature and date "5-2-13"]