UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00210 |
| | ) CHIEF JUDGE HAYNES |
| EDUARDO CAZARES-MARRUFO | ) |

MOTION TO CONTINUE SENTENCING HEARING

Comes now Eduardo Cazares-Marrufo, through Mariah A. Wooten, First Assistant Federal Public Defender, and respectfully requests that the Court continue the sentencing hearing currently scheduled for **Friday, August 2, 2013,** until August 16, 2013, at a time to be scheduled by the Court.

As grounds for this request, counsel states that she needs additional time to complete preparations for the sentencing hearing.

Assistant United States Attorney Hilliard H. Hester, III, has no opposition to this motion.

WHEREFORE, it is respectfully requested that the sentencing hearing be rescheduled for August 16, 2013, at __3:00__ a.m. /(p.m.)

Respectfully submitted,

s/ Mariah A. Wooten
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Eduardo Cazares-Marrufo