UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:12-00210
) CHIEF JUDGE HAYNES
)
EDUARDO CAZARES-MARRUFO )

## MOTION TO SEAL TRANSCRIPT

The defendant, through counsel, respectfully moves the Court to seal the 9-10-13 transcript of the sentencing hearing held on August 16, 2013, because of the sensitive nature of Mr. Cazares-Marrufo's testimony (Docket Entry 35).

Respectfully submitted,

s/ Mariah A. Wooten
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Eduardo Cazares-Marrufo

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2013, I electronically filed the foregoing Motion to Seal Transcript with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Hilliard H. Hester, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Mariah A. Wooten
Mariah A. Wooten